# Exhibit 3

FL-150

| | |
|---|---|
| PARTY WITHOUT ATTORNEY OR ATTORNEY  STATE BAR NUMBER:<br>NAME: Patricia Phillips (SBN 41516); Gregory W. Jessner (SBN 121920)<br>FIRM NAME: Phillips Jessner LLP<br>STREET ADDRESS: 350 South Grand Avenue, Suite 3550<br>CITY: Los Angeles   STATE: CA   ZIP CODE: 90071<br>TELEPHONE NO.: (213) 687-2650   FAX NO.: (213) 687-2651<br>E-MAIL ADDRESS: crt@phillipsjessner.com<br>ATTORNEY FOR (name): Respondent JOHN M. PIERCE | FOR COURT USE ONLY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Central District

PETITIONER: ALYZE L. PIERCE
RESPONDENT: JOHN M. PIERCE
OTHER PARTY/PARENT/CLAIMANT:

**INCOME AND EXPENSE DECLARATION**

CASE NUMBER: BD 639740

1. **Employment** *(Give information on your current job or, if you're unemployed, your most recent job.)*

   Attach copies of your pay stubs for last two months (black out Social Security numbers).
   a. Employer: Pierce Bainbridge Beck Price & Hecht, LLP
   b. Employer's address: 355 South Grand Avenue, 44th Floor, Los Angeles, CA 90071
   c. Employer's phone number: (213) 262-9333
   d. Occupation: Attorney/Managing Partner
   e. Date job started: January 2017
   f. If unemployed, date job ended: N/A
   g. I work about 80+ hours per week.
   h. I get paid $ Varies gross (before taxes) [ ] per month [ ] per week [ ] per hour.

   (If you have more than one job, attach an 8 1/2-by-11-inch sheet of paper and list the same information as above for your other jobs. Write "Question 1—Other Jobs" at the top.)

2. **Age and education**
   a. My age is *(specify)*: 47
   b. I have completed high school or the equivalent: [X] Yes  [ ] No   If no, highest grade completed *(specify)*:
   c. Number of years of college completed *(specify)*: 4   [X] Degree(s) obtained *(specify)*: BA in Finance
   d. Number of years of graduate school completed *(specify)*: 3   [X] Degree(s) obtained *(specify)*: J.D.
   e. I have: [X] professional/occupational license(s) *(specify)*: California State Bar
      [ ] vocational training *(specify)*:

3. **Tax information**
   a. [X] I last filed taxes for tax year *(specify year)*: 2018
   b. My tax filing status is [X] single [ ] head of household [ ] married, filing separately
      [ ] married, filing jointly with *(specify name)*:
   c. I file state tax returns in [X] California [ ] other *(specify state)*:
   d. I claim the following number of exemptions (including myself) on my taxes *(specify)*: 4 (self and three children)

4. **Other party's income.** I estimate the gross monthly income (before taxes) of the other party in this case at *(specify)*: $ 2,500
   This estimate is based on *(explain)*: Petitioner's Income and Expense Declaration

(If you need more space to answer any questions on this form, attach an 8 1/2-by-11-inch sheet of paper and write the question number before your answer.) Number of pages attached: _____

I declare under penalty of perjury under the laws of the State of California that the information contained on all pages of this form and any attachments is true and correct.

Date: November 7, 2019

John M. Pierce                                              ► /s/ John M. Pierce
(TYPE OR PRINT NAME)                                        (SIGNATURE OF DECLARANT)

Page 1 of 4

Form Adopted for Mandatory Use
Judicial Council of California
FL-150 [Rev. January 1, 2019]

**INCOME AND EXPENSE DECLARATION**

Family Code, §§ 2030–2032, 2100–2113,
3552, 3620–3634, 4050–4076, 4300–4339
www.courts.ca.gov

LexisNexis® Automated California Judicial Council Forms


EXHIBIT 5

| | | FL-150 |
|---|---|---|
| PETITIONER: ALYZE L. PIERCE | CASE NUMBER: | |
| RESPONDENT: JOHN M. PIERCE | BD 639740 | |
| OTHER PARTY/PARENT/CLAIMANT: | | |

Attach copies of your pay stubs for the last two months and proof of any other income. Take a copy of your latest federal tax return to the court hearing. *(Black out your Social Security number on the pay stub and tax return.)*

5. **Income** *(For average monthly, add up all the income you received in each category in the last 12 months and divide the total by 12.)*

   | | Last month | Average monthly |
   |---|---|---|
   | a. Salary or wages (gross, before taxes) | $ 0 | 0 |
   | b. Overtime (gross, before taxes) | $ 0 | 0 |
   | c. Commissions or bonuses | $ 0 | 0 |
   | d. Public assistance (for example: TANF, SSI, GA/GR) ☐ currently receiving | $ 0 | 0 |
   | e. Spousal support ☐ from this marriage ☐ from a different marriage ☐ federally taxable* | $ 0 | 0 |
   | f. Partner support ☐ from this domestic partnership ☐ from a different domestic partnership | $ 0 | 0 |
   | g. Pension/retirement fund payments | $ 0 | 0 |
   | h. Social Security retirement (not SSI) | $ 0 | 0 |
   | i. Disability: ☐ Social Security (not SSI) ☐ State disability (SDI) ☐ Private insurance | $ 0 | 0 |
   | j. Unemployment compensation | $ 0 | 0 |
   | k. Workers' compensation | $ 0 | 0 |
   | l. Other (military allowances, royalty payments) *(specify):* | $ 0 | 0 |

6. **Investment income** *(Attach a schedule showing gross receipts less cash expenses for each piece of property.)*

   | | | |
   |---|---|---|
   | a. Dividends/interest | $ 0 | 0 |
   | b. Rental property income | $ 0 | 0 |
   | c. Trust income | $ 0 | 0 |
   | d. Other *(specify):* | $ 0 | 0 |

7. **Income from self-employment, after business expenses for all businesses** ........ $ 0 Negative
   I am the ☐ owner/sole proprietor ☒ business partner ☐ other *(specify):*
   Number of years in this business *(specify):* 3 years
   Name of business *(specify):* Pierce Bainbridge Beck Price & Hecht, LLP
   Type of business *(specify):* Law Office

   Attach a profit and loss statement for the last two years or a Schedule C from your last federal tax return. Black out your Social Security number. If you have more than one business, provide the information above for each of your businesses.

8. ☐ **Additional income.** I received one-time money (lottery winnings, inheritance, etc.) in the last 12 months *(specify source and amount):*

9. ☐ **Change in income.** My financial situation has changed significantly over the last 12 months because *(specify):*

10. **Deductions** — Last month
    - a. Required union dues ........................................................................................ $ 0
    - b. Required retirement payments (not Social Security, FICA, 401(k), or IRA) ........ $ 0
    - c. Medical, hospital, dental, and other health insurance premiums *(total monthly amount)* ... $ 0
    - d. Child support that I pay for children from other relationships ........................... $ 0
    - e. Spousal support that I pay by court order from a different marriage ☐ federally tax deductible* ... $ 0
    - f. Partner support that I pay by court order from a different domestic partnership ... $ 0
    - g. Necessary job-related expenses not reimbursed by my employer *(attach explanation labeled "Question 10g")* ... $ 0

11. **Assets** — Total
    - a. Cash and checking accounts, savings, credit union, money market, and other deposit accounts ... $ 10,750
    - b. Stocks, bonds, and other assets I could easily sell ........................................... $ 0
    - c. All other property, ☒ real and ☒ personal *(estimate fair market value minus the debts you owe)* ... $ Negative

\* Check the box if the spousal support order or judgment was executed by the parties and the court before January 1, 2019; or if a court-ordered change maintains the spousal support payments as taxable income to the recipient and tax deductible to the payor.

FL-150

| PETITIONER: ALYZE L. PIERCE | CASE NUMBER: |
|---|---|
| RESPONDENT: JOHN M. PIERCE | BD 639740 |
| OTHER PARTY/PARENT/CLAIMANT: | |

**12. The following people live with me:**

| Name | Age | How the person is related to me (ex: son) | That person's gross monthly income | Pays some of the household expenses? |
|---|---|---|---|---|
| a. | | | | ☐ Yes  ☐ No |
| b. | | | | ☐ Yes  ☐ No |
| c. | | | | ☐ Yes  ☐ No |
| d. | | | | ☐ Yes  ☐ No |
| e. | | | | ☐ Yes  ☐ No |

**13. Average monthly expenses**   [X] Estimated expenses   ☐ Actual expenses   ☐ Proposed needs

a. Home:
   (1) ☐ Rent or [X] mortgage......... $ 2,181
       If mortgage:
       (a) average principal:  $ 0
       (b) average interest:   $ 2,181
   (2) Real property taxes.................................. $ 1,800
   (3) Homeowner's or renter's insurance
       (if not included above)............................. $ 600
   (4) Maintenance and repair.......................... $ 1,500
b. Health-care costs not paid by insurance........ $ 3,000
c. Child care............................................................ $ 0
d. Groceries and household supplies................. $ 2,000
e. Eating out.......................................................... $ 1,000
f. Utilities (gas, electric, water, trash)............... $ 2,000
g. Telephone, cell phone, and e-mail................. $ 2,000

h. Laundry and cleaning...................................... $ 500
i. Clothes............................................................... $ 1,000
j. Education........................................................... $ 10,000
k. Entertainment, gifts, and vacation................. $ 200
l. Auto expenses and transportation
   (insurance, gas, repairs, bus, etc.)................. $ 1,500
m. Insurance (life, accident, etc.; do not include
    auto, home, or health insurance).................. $ 0
n. Savings and investments............................... $ 0
o. Charitable contributions.................................. $ 0
p. Monthly payments listed in item 14
   (itemize below in 14 and insert total here)..... $ 19,900
q. Other (specify): Personal care & misc.          $ 400
r. **TOTAL EXPENSES** (a–q) (do not add in
   the amounts in a(1)(a) and (b))                    $ 49,581
s. Amount of expenses paid by others            $ 0

**14. Installment payments and debts not listed above**

| Paid to | For | Amount | Balance | Date of last payment |
|---|---|---|---|---|
| Etienne Lowen | Personal Loan | $ 3,000 | $ 27,000 | 9/15/2019 |
| Citibank | Term Loan | $ 7,000 | $ 90,000 | 9/03/2019 |
| Franchise Tax Board | Taxes | $ 4,000 | $ 200,000 | 10/05/2019 |
| IRS | Taxes | $ 5,900 | $ 850,000 | 9/28/2019 |
| | | $ | $ | |
| | | $ | $ | |

**15. Attorney fees** (This information is required if either party is requesting attorney fees):
   a. To date, I have paid my attorney this amount for fees and costs (specify): $ 7,956 (post-judgment)
   b. The source of this money was (specify): Earnings
   c. I still owe the following fees and costs to my attorney (specify total owed): $ 32,363 + unbilled
   d. My attorney's hourly rate is (specify): $575

I confirm this fee arrangement.

Date: November 7, 2019

Gregory W. Jessner
(TYPE OR PRINT NAME)

▶ /s/ (SIGNATURE OF DECLARANT)

FL-150 [Rev. January 1, 2019]   **INCOME AND EXPENSE DECLARATION**   Page 3 of 4

*LexisNexis® Automated California Judicial Council Forms*

|  |  |
|---|---|
| PETITIONER: ALYZE L. PIERCE<br>RESPONDENT: JOHN M. PIERCE<br>OTHER PARTY/PARENT/CLAIMANT: | CASE NUMBER:<br>BD 639740 |

FL-150

## CHILD SUPPORT INFORMATION
(NOTE: Fill out this page only if your case involves child support.)

**16. Number of children**

a. I have (specify number): **3** children under the age of 18 with the other parent in this case.

b. The children spend **20** percent of their time with me and **80** percent of their time with the other parent.
(If you're not sure about percentage or it has not been agreed on, please describe your parenting schedule here.)

**17. Children's health-care expenses**

a. [X] I do  [ ] I do not  have health insurance available to me for the children through my job.

b. Name of insurance company: United Healthcare Oxford

c. Address of insurance company:
P.O. Box 30608
Salt Lake City, Utah  84130

d. The monthly cost for the **children's** health insurance is or would be (specify): $ 0
(Do not include the amount your employer pays.)

**18. Additional expense for the children in this case**

Amount per month

a. Childcare so I can work or get job training............................................. $ 0
b. Children's health care not covered by insurance................................... $ 2,800
c. Travel expenses for visitation................................................................ $ 0
d. Children's educational or other special needs (specify below):............. $ 10,000
   Tuition for private school and related-related expenses, including summer camps

**19. Special hardships.** I ask the court to consider the following special financial circumstances
(attach documentation of any item listed here, including court orders):

| | Amount per month | For how many months? |
|---|---|---|
| a. Extraordinary health expenses not included in 18b............... | $ 0 | |
| b. Major losses not covered by insurance (examples: fire, theft, other insured loss)................................................................ | $ 0 | |
| c. (1) Expenses for my minor children who are from other relationships and are living with me.......................................... | $ 0 | |

   (2) Names and ages of those children (specify):

   (3) Child support I receive for those children........................... $ 0

The expenses listed in a, b, and c create an extreme financial hardship because (explain):

**20. Other information I want the court to know concerning support in my case** (specify):

FL-150 [Rev. January 1, 2019]         **INCOME AND EXPENSE DECLARATION**         Page 4 of 4

*LexisNexis® Automated California Judicial Council Forms*

# PROOF OF SERVICE

STATE OF CALIFORNIA  )
                     ) SS
COUNTY OF LOS ANGELES )

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 350 South Grand Avenue, Suite 3550, Los Angeles, California, 90071.

On November 25, 2019, I served the document(s) described as **RESPONDENT'S INCOME AND EXPENSE DECLARATION** on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Susannah Braffman Amen  *Attorneys for Petitioner*
Elkins Kalt Weintraub Reuben Gartside LLP  *Alyze Pierce*
10345 W. Olympic Blvd.
Los Angeles, CA 90064

[X] MAIL: by placing the document(s) listed above in sealed envelope(s) in a designated "OUT" box in the office of my employer. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid.

[ ] UPS: by placing a copy of the document(s) listed above in a sealed envelope and sending it UPS Next Day Air Service, with delivery fees provided for, addressed to the person indicated at that person's last office address as shown on a recent document filed in the cause and served on Phillips Jessner LLP by that person(s). I know that in the ordinary course of business at Phillips Jessner LLP said document will be deposited in a box or other facility regularly maintained by United Parcel Service or delivered to an authorized courier or driver of UPS for next day delivery.

[ ] FACSIMILE: by transmitting via facsimile from Phillips Jessner LLP's facsimile transmission telephone number the document(s) listed above to a facsimile machine maintained by the person or persons indicated at the facsimile number(s) as last given by that person or persons on any document which he or she has filed in the cause and served on Phillips Jessner LLP. Said transmission was reported as complete and without error.

[ ] PERSONAL: by personally delivering the document(s) listed above to the person(s) at the address(es) set forth above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on November 25, 2019, at Los Angeles, California.

Anel Romero-Fanter

PROOF OF SERVICE

246012