**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LAW OFFICES OF BRUCE J. CHASAN, LLC, et al., | : : | |
| Plaintiffs, | : : | CIVIL ACTION |
| | : | No. 2:20-cv-01338-AB |
| v. | : | |
| PIERCE BAINBRIDGE BECK PRICE & HECHT, LLP, et al., | : : | |
| Defendants. | : | |

# **ORDER**

**AND NOW,** this 12th day of August, 2020, the Motion for Leave to File a Surreply (ECF No. 41) is **GRANTED** and the attached surreply brief (ECF No. 41-1) is **DEEMED FILED**.

                                                                        s/ANITA B. BRODY, J.
                                                                        ANITA B. BRODY, J.

Copies **VIA ECF  08/12/2020**