# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAW OFFICES OF BRUCE J. CHASAN, LLC, et al., | : : | |
| Plaintiffs, | : : | CIVIL ACTION |
| | : | No. 2:20-cv-01338-AB |
| v. | : | |
| PIERCE BAINBRIDGE BECK PRICE & HECHT, LLP, et al., | : : | |
| Defendants. | : | |

## ORDER

**AND NOW,** this 19th day of August, 2020, it is **ORDERED** that plaintiffs must **SHOW CAUSE on or before August 28, 2020**, why the Motion for Sanctions (ECF No. 44) should not be granted as unopposed.

                                                                    \_\_s/ANITA B. BRODY, J._____
                                                                    ANITA B. BRODY, J.

Copies **VIA ECF 08/19/2020**