**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LAW OFFICES OF BRUCE J. CHASAN, LLC, et al., | : : | |
| Plaintiffs, | : : | CIVIL ACTION |
| | : | No. 2:20-cv-01338-AB |
| v. | : | |
| PIERCE BAINBRIDGE BECK PRICE & HECHT, LLP, et al., | : : | |
| Defendants. | : | |

## ORDER

**AND NOW,** this 15th day of January, 2021, it is **ORDERED** that Defendants' Motions to Dismiss (ECF No. 25 and ECF No. 26) are **GRANTED**. The Request for Judicial Notice (ECF No. 56) is **DENIED** as moot.

                                                                                                                                      \_\_s/ANITA B. BRODY, J.\_\_\_\_\_
                                                                                                                                      ANITA B. BRODY, J.